ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Brook & Whittle Limited** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081452 | $106,505.25 | 12/13/2019 | 146334 | 11/19/2019 | $106,505.25 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081125P | $106,038.63 | 11/26/2019 | 144830 | 10/23/2019 | $106,038.63 |

| Totals: | 2 transfer(s), | $212,543.88 |